# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Lee, a married woman, | No. CV18-01382-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| AmSurg Corporation Welfare Benefit Plan, an ERISA benefit plan; AmSurg Corporation, plan sponsor and administrator; and Life Insurance Company of North America, plan fiduciary; | |
| Defendants. | |

This matter came before the Court upon Stipulation by the parties for an Order of Dismissal. The Court having reviewed the file herein, noting agreement of counsel, and being otherwise duly advised, it is hereby

IT IS ORDERED that this matter is dismissed with prejudice.

Dated this 29th day of October, 2018.

_____
Susan R. Bolton
United States District Judge